IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTRON SMITH,
        Plaintiff,
    v.                            Case No. 3:12-cv-54-KRG-KAP
KENNETH CAMERON, WARDEN, S.C.I.
CRESSON, et al.,
        Defendants

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 13, 2012, docket no. 10, recommending that the complaint be dismissed for failure to state a claim either under 28 U.S.C.§ 1915A, or on four defendants' motion to dismiss, docket no. 7.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to serve and file written objections to the Report and Recommendation. No one filed timely objections.

After review of the record and the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of April, 2012, it is

ORDERED that defendants' motion to dismiss, docket no. 7, is granted. Plaintiff's complaint is dismissed without leave to amend. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Antron Smith FN-8225
S.C.I. Cresson
P.O. Box A
Cresson, PA 16699-0001